| COURTROOM MINUTES: | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| ☐ INITIAL APPEARANCE | ☐ RULE 40 HEARING | SOUTHERN DISTRICT OF TEXAS |
| ☑ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | FILED |
| ☑ PRELIMINARY HEARING | ☐ BOND HEARING | 5/17/18 |
| ☐ HEARING CONTINUED ON _____ | | DAVID BRADLEY, Clerk |

THE HONORABLE **CHRISTINA BRYAN**, Presiding, Courtroom 701  OPEN: 11:08  ADJOURN: 11:35

Case Manager: Cindy Jantowski         RECESS FROM: _____ TO: _____
ERO: S. Guevara                       ☐ Other District _____
Pretrial Services Officer: S. Garza   ☐ Other Division _____
                                                    Case No.

INTERPRETER REQUIRED: ☐ No  ☑ Yes, Name: Spanish

Criminal No. 18-MJ-765  Defendant No. 2    USDJ _____

UNITED STATES OF AMERICA                Adam Goldman, AUSA
vs Isael Juan-Perez §                   David Adler (A)
                   §                    for
                   §                    Anuj Shah
                   §
                   §
                                        Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☐ Date of arrest: _____
- ☐ Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator
- ☐ Deft first appearance with counsel.
- ☑ ☐ Deft _____ appeared ☑ with ☐ without counsel.
- ☐ Requests appointed counsel.
- ☐ FINANCIAL AFFIDAVIT executed. ☐ Court orders defendant to pay $_____ to CJA Fund
- ☐ Order appointing Federal Public Defender.
- ☐ Private Counsel appointed, _____.
- ☐ Deft advises he/she will retain counsel. He/she retained _____.
- ☐ Bond ☐ set $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $_____ Deposit.
- ☐ Bond ☐ revoked ☐ reinstated.
- ☐ Deft advised of conditions of release.
- ☐ Surety signatures required _____, _____.
- ☐ No bond set at this time, 10 day DETENTION ORDER entered.
- ☐ ✓ ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☑ ✓ ORDER OF DETENTION PENDING TRIAL entered. To be issued
- ☑ Court finds ☐ IDENTITY ☑ Probable Cause.
- ☐ ✓ BOND EXECUTED and defendant released.
- ☑ Deft REMANDED to CUSTODY.  ☐ Deft ORDERED REMOVED to Originating District.
- ☐ WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hrg in this district ☐ State Custody
- ☐ Arraignment set _____    ☐ Detention Hearing set _____
- ☐ Preliminary set _____    ☐ Counsel Determination Hearing set _____
- ☐ Identity/Removal Hearing set _____